David J. HAWKINS; Tracene Lee Hawkins, Plaintiff–Appellants,

v.

Brian BERDEGUEZ, Corporal, # 1271; A. Rositch, Corporal, # 1264; Girard Lombardi, Corporal # 2184; Dennis Hayes, Corporal, # 1074; Robert F. Edwards, Corporal, # 1293; Elizabeth Mints, Lieutenant, # 804, Prince George's County Police Department, individually and in their official capacity; Richard J. Welsh, Major, Commander, Prince George's County Police Department, individually and in his official capacity; Prince George's County, Maryland, A body of Corporate and Politic Officer of Law, Ray McCaslin, Corporal, # 1087, Prince George County Policy Department, individually and in his official capacity; Jason Labbe; John Doe, Officer, Prince George's Count Police Department, individually and in his official capacity, Defendants–Appellees.

No. 03–1271.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2003.

Decided Aug. 18, 2003.

Jonathan Y. Ai, Barbara R. Graham, Rockville, Maryland, for Appellants. William A. Snoddy, Associate Count Attorney, Upper Marlboro, Maryland, for Appellees.

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David and Tracene Hawkins appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint alleging violations of the Fourth Amendment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hawkins v. Berdeguez,* No. CA–01–47–AW (D.Md. Jan. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*